# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY E. KORNAFEL,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 20-CV-4991 |
| DEL CHEVROLET, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

AND NOW, this 14th day of December, 2020, upon consideration of Plaintiff Stanley E. Kornafel's Motion to Proceed *In Forma Pauperis* (ECF No. 4) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Claims over which this Court lacks jurisdiction are **DISMISSED without prejudice** and Kornafel's remaining claims are **DISMISSED with prejudice**. Kornafel is not given leave to file an amended complaint in this case because amendment would be futile.

4. The Clerk of Court is **DIRECTED** to close this case.

5. No later than fourteen days from the date of this Order, Kornafel shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages stating why the Court should not enjoin him from filing any more civil actions against Del Chevrolet, Jack Delvecchio, and Judge James P. MacElree, II based on his purchase of the car in 2015 and the related state court litigation about the car.

6. Should Kornafel fail to file a Response as directed by Paragraph 5, the Court will without any further notice enter an order enjoining Kornafel from filing any future lawsuits

against Del Chevrolet, Jack Delvecchio, and Judge James P. MacElree, II based on his purchase of the car in 2015 and the related state court litigation about the car.

**BY THE COURT:**

*/s/*  **C. Darnell Jones, II**
**C. Darnell Jones, II   J.**