# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY E. KORNAFEL,  :  | |
|     Plaintiff,  : | |
| : | |
| v.  : | CIVIL ACTION NO. 20-CV-4991 |
| : | |
| DEL CHEVROLET, *et al.*,  : | |
|     Defendants.  : | |

## ORDER

AND NOW, this 4th day of January, 2021, upon consideration of Plaintiff Stanley E. Kornafel's Response to Show Cause Order (ECF No. 7), and for the reasons stated in the attached Memorandum, it is **ORDERED** that:

1. Kornafel is **ENJOINED** from filing any civil actions against Del Chevrolet, Jack Delvecchio, or Judge James P. MacElree, II, raising claims based on the car he purchased from Del Chevrolet in 2015 and related state court litigation about the car including but not limited to the claims raised in *Kornafel v. Del Chevrolet*, Civ. A. No. 18-1419 (E.D. Pa.); *Kornafel v. Del Chevrolet*, Civ. A. No. 19-2783 (E.D. Pa.); and *Kornafel v. Del Chevrolet*, Civ. A. No. 20-4991 (E.D. Pa.).

2. The Clerk of Court **SHALL NOT DOCKET** any new case filed by Kornafel that raises any claims covered by this injunction.

3. If Kornafel submits any new cases to this Court that are covered by this injunction, the Clerk of Court is **DIRECTED** to return those papers to Kornafel along with a copy of this Order. If Kornafel submits a new Complaint that is only partially covered by this injunction, the Clerk of Court **SHALL** return the filing to Kornafel without docketing it. In such a case, Kornafel may resubmit the filing for docketing so long as it only raises claims that are not covered by this injunction.

4. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                        **_/s/_ C. Darnell Jones, II**
                                        **C. Darnell Jones, II   J.**